MEMORANDUM OPINION

 

No. 04-10-00022-CR

 

IN RE Jason
MIEARS

 

Original Mandamus
Proceeding[1]

 

PER CURIAM

 

Sitting:            Catherine
Stone, Chief Justice

                        Karen
Angelini, Justice

                        Rebecca
Simmons, Justice

 

Delivered and
Filed:  April 7, 2010

 

PETITION FOR WRIT OF MANDAMUS DENIED

 

On
January 12, 2010, relator Jason Miears filed two petitions for writ of
mandamus, complaining of the trial court’s failure to dismiss his counsel.  The
court has considered relator’s petitions for writ of mandamus and is of the
opinion that relator is not entitled to the relief sought.  Accordingly, the
petitions for writ of mandamus are DENIED.  See Tex. R. App. P. 52.8(a).  

                                                                                    PER
CURIAM

 

DO NOT PUBLISH

 

 









[1]
This proceeding arises out of Cause No. 2009-CR-6566, styled State of Texas
v. Jason Miears, pending in the 379th Judicial District Court, Bexar
County, Texas, the Honorable Ron Rangel presiding.